AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

APR 23 2018

United States of America
v.
OMED HUSSEINKHEL, a/k/a "Gambit"
WASSIM BANIHASHEMI, a/k/a "Mo," and
TIMOTHY DARREN PROCTOR

*Defendant(s)*

Case No. 1:18-MJ-197

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2016 through March 2018__ in the counties of __Alexandria, Fairfax, and Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1) and 846 | Defendants knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed with others to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA Gwendelynn Bills/AUSA Whitney Russell

_____
*Complainant's signature*

Andrew B. Lenhart, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/23/18

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*